**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ED PENNING<br><br>Plaintiff,<br>v.<br><br>THE DAILY CALLER, INC.,<br><br>Defendant. | Civil Action No. 24-2662<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF ERRATA TO PLAINTIFF'S COMPLAINT

Plaintiff's initial Complaint did not comply with Local Civil Rule 5.1(c) requiring an initiating pleading to include the name and full residence of each party. A corrected pleading is attached as an Exhibit to this Notice.

September 18, 2024

/s/ Tyler Somes

Tyler Somes
Hedin LLP
1100 15th Street NW, Suite 04-108
Washington DC, 20005
(202) 900-3332
tsomes@hedinllp.com