# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ED PENNING | Case No. 24-CV-02662-JDB |
| Plaintiff, | |
| v. | |
| THE DAILY CALLER, INC., | |
| Defendant. | |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant The Daily Caller, Inc. ("Daily Caller") hereby files this Motion to Dismiss Plaintiff Ed Penning's Complaint (ECF No. 1) with prejudice.

For the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, Daily Caller states that Plaintiff has failed to plead facts sufficient to state a claim for relief under the Video Privacy Protection Act, and the Court should therefore dismiss the Complaint with prejudice.

Dated: November 12, 2024

Respectfully submitted,

BALLARD SPAHR LLP

By: s/ *Lauren P. Russell*
Lauren P. Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
russelll@ballardspahr.com

J. Matthew Thornton (*PHV application forthcoming*)
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
(612) 371-6207
thorntonj@ballardspahr.com

*Counsel for Defendant The Daily Caller, Inc.*