**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ED PENNING<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>THE DAILY CALLER, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 24-cv-02662-JDB |

**[PROPOSED] ORDER DENYING**
**DEFENDANT'S MOTION TO DISMISS**

This Court, having reviewed the Defendant's Motion to Dismiss the Complaint, as well as Plaintiff's Opposition thereto, hereby DENIED the Motion in its entirety.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge John D. Bates
　　　　　　　　　　　　　　　　　　　　United States District Judge