**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ED PENNING<br><br>Plaintiff,<br>v.<br><br>THE DAILY CALLER, INC.,<br><br>Defendant. | Civil Action No. 24-CV-02662-JDB |

**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Ed Penning, by and through undersigned counsel, submits this Notice of Supplemental Authority to notify this Court of the *Macalpine v. Onnit Labs, Inc.*, No. 1:24-cv-00933-DAE (W.D. Tex. May 14, 2025) decision. Plaintiff further states as follows:

1. The *Macalpine* decision involved similar Meta Pixel allegations and was issued by the Honorable David Alan Ezra on the United States District Court for the Western District of Texas. Plaintiff could not have cited this authority previously because the decision was issued on May 14, 2025, which was after the briefing had closed. A copy of the *Macalpine* opinion is attached hereto as **Exhibit A**.

2. The court explained that "[e]ven assuming the 'ordinary person' standard applies here, courts have also readily found that a Facebook ID is a 'unique identifier that is enough, on its own to identify a person' for purposes of the VPPA . . . The Court finds these cases persuasive and concludes the same." Ex. A, pages 9-10.

3. The court in *Macalpine* further examined the "knowing" disclosure allegations and concluded that "[t]aking the Plaintiffs allegations as true, the Court finds Plaintiffs sufficiently

allege that Defendant knowingly disclosed their PII by intentionally installing the Meta Pixel on its Website." Ex. A, page 12.

Respectfully submitted,

Dated: May 16, 2024

/s/ *Tyler Somes*
Tyler Somes
Hedin LLP
1100 15th Street NW, Suite 04-108
Washington DC, 20005
(202) 900-3332
tsomes@hedinllp.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, a true and correct copy of the foregoing Consent Motion was filed using this Court's Electronic Case Filing system, which delivered a copy to all counsel of record.

*/s/ Tyler Somes*
Tyler Somes