**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ED PENNING<br><br>Plaintiff,<br>v.<br><br>THE DAILY CALLER, INC.,<br><br>Defendant. | Civil Action No. 24-CV-02662-JDB |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Ed Penning and Defendant The Daily Caller, Inc. hereby notify the Court that they have reached a settlement of Plaintiff's individual claim in the above-captioned dispute. The parties anticipate filing a stipulation of dismissal with prejudice within forty-five days of today.

Dated: May 27, 2025

By: */s/ Tyler K. Somes*
Tyler K. Somes

Tyler K. Somes (#90013925)
tsomes@hedinllp.com
**HEDIN LLP**
1100 15th Street NW, St. 04-108
Washington, DC 20005
Tel: (202) 900-3332

*Counsel for Plaintiff*

*/s/ Lauren P. Russell*
Lauren P. Russell

Lauren P. Russell (#1697195)
russell@ballardspahr.com
**BALLARD SPAHR LLP**
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (212) 839-7326

*Counsel for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, a true and correct copy of the foregoing Consent Motion was filed using this Court's Electronic Case Filing system, which delivered a copy to all counsel of record.

*/s/ Tyler Somes*
Tyler Somes